

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION TO MODIFY JUDGMENT

Appellate case name:     Shamsher Medih Chisti v. Sana Chisti aka Kiran Wilwerding

Appellate case number:   01-13-00780-CV

Trial court case number: 2013-12431

Trial court:             257th District Court of Harris County

It is ordered that Appellant's Motion to Modify the Judgment and for Rehearing is **denied**.

Judge's signature:  _/s/ Jane Bland_
                        Acting for the Court

Panel consists of: Justices Keyes, Bland, and Massengale.

Date:   March 31, 2015